United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

---

m 02-41797

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

MELVIN AMILCAR URBINA NOLASCO,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
m B-02-CR-139-1

---

Before SMITH, BARKSDALE, and CLEMENT,
Circuit Judges.

PER CURIAM:[*]

Melvin Urbina Nolasco claims the district court erred in sentencing by assigning criminal history points for his prior uncounseled conviction of illegal reentry, because that conviction was obtained in violation of the Sixth Amendment. We have reviewed the briefs, pertinent portions of the record, and the applicable authorities and have heard the arguments of counsel. In the prior proceeding, Urbina Nolasco knowingly and intelligently waived counsel, so there was no constitutional violation.

Urbina Nolasco challenges his conviction

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on the ground that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Urbina Nolasco acknowledges that this issue is foreclosed by binding precedent, and he is raising it to preserve it for further review.

The judgment of conviction and sentence is AFFIRMED.